1  Jared R. Richards, Esq. (11254)
   Scott A. Flinders, Esq. (6975)
2  CLEAR COUNSEL LAW GROUP
   1671 W. Horizon Ridge Pkwy, Suite 200
3  Henderson, Nevada 89012
   (702) 476-5900
4  (702) 508-9393, facsimile
   jared@clearcounsel.com
5  sflinders@clearcounsel.com
   *Attorneys for Plaintiff*
6

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MYKKANEN, individually, | Case No. 2:24-cv-1776 |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED** |
| STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA, LAS VEGAS, a Nevada State Entity; BEN LOORZ, individually; DOES I through X; DOE EMPLOYEES, I through X, and ROE BUSINESS ENTITIES I through X, inclusive, Defendants. | **ORDER TO REMAND** |

Plaintiff CHRISTOPHER MYKKANEN, by and through his attorneys of record, Jared R. Richards, Esq., and Scott A. Flinders, Esq. of Clear Counsel Law Group; and Defendants STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS and BEN LOORZ, by and through their attorneys Elda M. Sidhu, Esq. and Andrew D. Smith, Esq. of the Office of General Counsel for University of Nevada, Las Vegas, hereby stipulate to remand this case to the Eighth Judicial District Court, in and for the State of Nevada.

/ / /

/ / /

/ / /

/ / /

The Parties are in agreement that complete diversity does not exist in this matter due to University of Nevada, Las Vegas being a Nevada State Entity.

**IT IS SO STIPULATED.**

Dated this 8th day of October, 2024.

| | |
|---|---|
| */s/ Scott A. Flinders* | */s/ Andrew D. Smith* |
| Jared R. Richards, Esq. (11254) | Elda M. Sidhu (7799) |
| Scott A. Flinders, Esq. (6975) | Andrew D. Smith (8890) |
| CLEAR COUNSEL LAW GROUP | UNIVERSITY OF NEVADA, LAS VEGAS |
| 1671 W. Horizon Ridge Pkwy, Suite 200 | 4505 S. Maryland Parkway, Box 451085 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89154-1085 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants University of Nevada, Las Vegas and Ben Loorz* |

## ORDER

**UPON STIPULATION** of the parties and with good cause appearing:

**IT IS SO ORDERED.**

Dated this 11th day of October, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge